UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br> )<br>  Plaintiff, )<br> )<br>v. )<br> )<br>LAWRENCE DOSS, )<br> )<br>  Defendant. )<br>_____ ) | Case No. 08mj0569-03 |

      Counsel for Defendant certifies that the foregoing pleading, is true and accurate to the best of his information and belief, and that a copy of the foregoing Defendant's Notice of Appearance has been electronically served this day upon:

      United States Attorney's Office
      880 Front Street
      San Diego, CA  92101


Dated:  February 28, 2008                                    */s/ John  C. Ellis, Jr.*
                                                                                  JOHN C. ELLIS, JR.
                                                                                  Federal Defenders
                                                                                  225 Broadway, Suite 900
                                                                                  San Diego, CA 92101-5030
                                                                                  (619) 234-8467  (tel)
                                                                                  (619) 687-2666  (fax)
                                                                                  john_ellis@fd.org