| | |
|---|---|
| Case Name: | United States of America v. KENNEDY |
| Venue: | United States District Court, Southern District of California |
| Case No.: | 08CR0650JM |
| Mag.Case No.: | 08mj0569 |

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SAN DIEGO

I am employed in the County of San Diego, State of California. I am over the age of 18 and not a party to the within action. My business address is 2044 First Avenue, Suite 200, San Diego, California 92101.

On March 13, 2008 I served the following documents described as

*Motion for Video Depositions of Material Witnesses*
*Declaration of Linda A. King in Support of Motion*
*Points and Authorities in Support of Motion for Video Depos*
*Order for the Video Depos of Material Witnesses*

on all interested parties in this action by placing [ X ] a true copy [ ] the original thereof enclosed in sealed envelopes addressed as follows:

Karen Hewitt & her Assistant
Mark Conover                              Efile.dkt.gc2@usdoj.gov
United States Attorney                    FAX: (619) 235-4716
Office of the United States Attorney
880 Front Street, Room 6293
San Diego, California


Joan Kerry Bader
Attorney at Law
964 Fifth Avenue Suite 214                FAX (619) 699-5996
San Diego, CA 92101-6128


Shaun Khojayan
Attorney at Law
121 Broadway, Suite 338                   FAX (619) 338-9112
San Diego, CA 92101


John C. Ellis Jr.
Federal Defenders
225 Broadway, Suite 900                   FAX (619) 687-2666
San Diego, CA 92101-5008


[ X ] (BY FACSIMILE) The facsimile machine I used complied with Rule 2003(3) and no error was reported by the machine. Pursuant to Rule 2008(e)(4), I caused the machine to print a record of the transmission.

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[ X ]   (BY MAIL, 1013a, 2015.5 C.C.P.)

   [ X ]   I deposited each such envelope in the mail at San Diego, California.  The envelope was mailed with postage thereon fully prepaid.

   I declare under penalty of perjury under the laws of the State of California that the above is true and correct.  Executed on March 13, 2008, at San Diego, California

*/s/ Deborah D. Karsh*
Deborah D. Karsh