**JOHN C. ELLIS, JR.**
California State Bar No. 228083
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
E-mail: john_ellis@fd.org

Attorneys for Mr. Lawrence Doss (2)

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JEFFREY T. MILLER)**

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>         Plaintiff, )<br>)<br>v. )<br>)<br>LAWRENCE DOSS (2), )<br>)<br>)<br>         Defendant. )<br>)<br>_____ ) | Case No.: 08cr0650-02-JM<br><br>Date:  April 11, 2008<br>Time:  11:00 p.m.<br><br>**NOTICE OF MOTIONS AND MOTIONS TO:**<br><br>**(1) COMPEL DISCOVERY/PRESERVE EVIDENCE; AND**<br>**(2) GRANT LEAVE TO FILE FURTHER MOTIONS.** |

TO:   KAREN P. HEWITT, UNITED STATES ATTORNEY; AND
      STEVEN DE SALVO, ASSISTANT UNITED STATES ATTORNEY:

**PLEASE TAKE NOTICE** that on April 11, 2008, at 11:00 a.m., or as soon thereafter as counsel may be heard, the accused, Lawrence Doss, by and through his attorneys, John C. Ellis, Jr. and Federal Defenders of San Diego, Inc., will ask this Court to enter an order granting the motions outlined below.

////

////

////

////

////

**MOTIONS**

Defendant, Mr. Doss, by and through his attorneys, John C. Ellis, Jr. and Federal Defenders of San Diego, Inc., pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, and all other applicable statutes, case law and local rules, hereby moves this Court for an order to:

(1) Compel Discovery/Preserve Evidence; and
(2) Grant Leave to File Further Motions.

These motions are based upon the instant motions and notice of motions, the attached statement of facts and memorandum of points and authorities, and any and all other materials that may come to this Court's attention at or before the time of the hearing on these motions.

Respectfully submitted,

Dated: March 27, 2008

*/s/ John C. Ellis, Jr.*
**JOHN C. ELLIS, JR.**
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Doss
john_ellis@fd.org