UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                                          )<br>            Plaintiff,                       )<br>                                                          )<br>v.                                                    )<br>                                                          )<br>LAWRENCE DOSS (2),                )<br>                                                          )<br>            Defendant.                   )<br>_____)  | Case No. 08CR0650-JM-02<br><br>CERTIFICATE OF SERVICE |

       Counsel for Defendant certifies that the foregoing pleading, is true and accurate to the best of his information and belief, and that a copy of the foregoing Defendant's Notice of Motions and Motions has been electronically served this day upon:

       Steven De Salvo, Assistant United States Attorney
       880 Front Street
       San Diego, CA  92101


Dated: March 27, 2008                                          /s/ John C. Ellis, Jr.
                                                                           JOHN C. ELLIS, JR.
                                                                           Federal Defenders
                                                                           225 Broadway, Suite 900
                                                                           San Diego, CA 92101-5030
                                                                            (619) 234-8467  (tel)
                                                                            (619) 687-2666  (fax)
                                                                            E-mail: john_ellis@fd.org