1 **JOHN C. ELLIS, JR.,**
California State Bar No. **228083**
2 **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 San Diego, California 92101-5008
Telephone: (619) 234-8467
4 Facsimile: (619) 687-2666
E-Mail: john_ellis@fd.org
5

6 Attorneys for Mr. Lawrence Doss(2)

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JEFFREY T. MILLER)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 08CR0650-JTM-02 |
| Plaintiff, ) | |
| v. ) | **PROOF OF SERVICE** |
| **LAWRENCE DOSS (2)**, ) | |
| Defendant. ) | |

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served via CM/ECF this day upon:

**STEVEN DE SALVO, ASSISTANT UNITED STATES ATTORNEY**
steven.desalvo@usdoj.gov efile.dkt.gc2@usdoj.gov,paula.steward@usdoj.gov

Dated: May 12, 2008      *s/ John C. Ellis*
JOHN C. ELLIS, JR.,
Federal Defenders of San Diego, Inc.,
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467 (tel)
(619) 687-2666 (fax)
e-mail: john_ellis@fd.org