1  JOAN KERRY BADER
   California State Bar No. 172586
2  964 Fifth Avenue, Suite 214
   San Diego, California  92101-6128
3  Telephone:  (619) 699-5995
   FAX (619) 699-5996
4  Attorney for Defendant KENNEDY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JEFFREY T. MILLER)**

| UNITED STATES OF AMERICA, | ) | CASE NO. 06CR0650JTM |
|---|---|---|
| Plaintiff, | ) | DATE: APRIL 15, 2008 |
| | ) | TIME: 9:30 a.m. |
| v. | ) | |
| | ) | MOTION FOR ORDER SHORTENING TIME |
| ALAN O. GONZALEZ, | ) | |
| Defendant. | ) | |

TO: KAREN HEWITT, UNITED STATES ATTORNEY;
    STEVEN DESALVO ASSISTANT UNITED STATES ATTORNEY:

The defendant, Matthew Kennedy, by and through his counsel, Kerry Bader, respectfully asks this Court to issue an Order Shortening Time to file his opposition to material witnesses' request for deposition of material witnesses and motion for order shortening time to three days before the hearing because the Court rejected Mr. Kennedy's previously-filed motion because it referenced the magistrate case which has since been closed.

Dated: April 12, 2008   Respectfully submitted,

//JOAN KERRY BADER

JOAN KERRY BADER