```
JOAN KERRY BADER
California State Bar No. 172586
964 Fifth Avenue, Suite 214
San Diego, California  92101-6128
Telephone:  (619) 699-5995
FAX (619) 699-5996
Attorney for Defendant KENNEDY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JEFFREY T. MILLER)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 06CR0650JTM |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| MATTHEW KENNEDY, | ) | |
| | ) | PROOF OF SERVICE |
| Defendant. | ) | |

TO: KAREN HEWITT, UNITED STATES ATTORNEY;
    STEVEN DESALVO ASSISTANT UNITED STATES ATTORNEY:

   The defendant, Matthew Kennedy, by and through his counsel, Kerry Bader, served the Court and Assistant United States Attorney Steven DeSalvo on May 19, 2008 with Mr. Kennedy's notice of motion and motions to dismiss, to suppress evidence, statements, identification, to compel discovery, wiretap evidence, for joinder and for leave to file further motions and and motion for order shortening time.

Dated:  May 21, 2008           Respectfully submitted,

                               //JOAN KERRY BADER

                               JOAN KERRY BADER