```
JOAN KERRY BADER
California State Bar No. 172586
964 Fifth Avenue, Suite 214
San Diego, California  92101-6128
Telephone:  (619) 699-5995
FAX (619) 699-5996
Attorney for Defendant Kennedy
```

THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA
THE HON. Jeffrey T. Miller

| | |
|---|---|
| THE UNITED STATES OF AMERICA<br><br>v.<br><br>MATTHEW KENNEDY,<br>        Defendant | CASE 08cr0650JTM<br><br>August 29, 2008<br>11:00 a.m.<br>PROOF OF SERVICE |

TO: KAREN HEWITT, UNITED STATES ATTORNEY;
    STEVEN DE SALVO, ASSISTANT UNITED STATES ATTORNEY

    Defendant Matthew Kennedy, by and through his attorney, J. Kerry Bader, hereby files additional motions and a motion for order shortening time on government counsel on this date.

Respectfully submitted,        /s/ Joan Kerry Bader
                                     Joan Kerry Bader
                                     Attorney for Matthew Kennedy

Dated: August 24, 2008