```
 1  JOAN KERRY BADER
    California State Bar No. 172586
 2  964 Fifth Avenue, Suite 214
    San Diego, California  92101-6128
 3  Telephone:  (619) 699-5995
    FAX (619) 699-5996
 4  Attorney for Defendant Kennedy
```

THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA
THE HON. Jeffrey T. Miller

| | |
|---|---|
| THE UNITED STATES OF AMERICA ) ) ) v. ) ) ) MATTHEW KENNEDY, ) Defendant ) ) ) _____ ) | CASE 08cr0650JTM August 29, 2008 11:00 a.m. MOTION FOR ORDER SHORTENING TIME |

TO: KAREN HEWITT, UNITED STATES ATTORNEY;
    STEVEN DE SALVO, ASSISTANT UNITED STATES ATTORNEY

Defendant Matthew Kennedy, by and through his attorney, J. Kerry Bader, respectfully asks this Court for an Order Shortening Time to file his additional motions six days prior to the motion hearing because Mr. Kennedy and counsel thought there might be a settlement in this case and if there is no settlement, these motions are necessary.

Respectfully submitted,        /s/ Joan Kerry Bader
                               Joan Kerry Bader
                               Attorney for Matthew Kennedy

Dated: August 24, 2008