UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JEFFREY T. MILLER)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 08CR0650-JM |
| Plaintiff, | ) ) | |
| v. | ) ) | NOTICE TO PROBATION OF INTENDED SENTENCE |
| LAWRENCE DOSS, | ) ) | |
| Defendant. | ) ) ) | |

TO: UNITED STATES PROBATION OFFICE, AND
U.S. PROBATION OFFICER LONNIE K. EVERILL:

Notice is hereby given to the United States Probation Office that the Court intends to sentence the above named defendant LAWRENCE DOSS to time served, with a term of supervised release of three years on March 12, 2010. It is further the intent of the Court to impose as a condition of supervised release, that Mr. Doss reside in a Residential Reentry Center (RRC) for a period of up to 120 days, as directed by the probation officer. It is the Court's intention that the defendant be placed in the RRC on March 12, 2010.

DATED: February 26, 2010

_____
Hon. Jeffrey T. Miller
United States District Judge